IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

EDWARD O'CONNOR                                                    PLAINTIFF

v.                              No. 5:14-cv-133-DPM

JACK MAY, Individually and In His
Official Capacity as Mayor of the City of
McGehee, Arkansas; and JIM WHITE,
Individually and in His Official Capacity                          DEFENDANTS

ORDER

Unopposed motion, № 31, granted. May and White's summary judgment motion, № 23, is denied without prejudice as moot. The Court will dismiss the case without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_25 April 2016_