IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

EDWARD O'CONNOR                                                        PLAINTIFF

v.                           No. 5:14-cv-133-DPM

JACK MAY, Individually and In His
Official Capacity as Mayor of the City of
McGehee, Arkansas; and JIM WHITE,
Individually and in His Official Capacity                              DEFENDANTS

JUDGMENT

The complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

25 April 2016